UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-62080-CIV-MORENO

HANDI-VAN, INC. and VILLAGE CAR SERVICE, INC.,

    Plaintiffs,

vs.

BROWARD COUNTY, FLORIDA, *et al.*,

    Defendants.
_____/

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and 58, and in accordance with the reasons stated in the Court's Order Granting Summary Judgment on June 14, 2010, judgment is entered in favor of the Defendants Broward County, Florida, Ilene Lieberman, Kristin Jacobs, Lois Wexler, Sue Gunzburger, Stacy Ritter, Ken Keechl, John E. Rodstrom, Jr., Diana Wasserman-Rubin, Josephus Eggelletion, Jr., and Marcia Young and against Plaintiffs Handi-Van, Inc., and Village Car Service, Inc.

DONE AND ORDERED in Open Court at Miami, Florida, this ___ day of June, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record