UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-62080-CIV-MORENO

HANDI-VAN, INC. and VILLAGE CAR SERVICE, INC.,

    Plaintiffs,

vs.

BROWARD COUNTY, FLORIDA, *et al.*,

    Defendants.
_____/

## ORDER REMANDING COUNT IV

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT having granted summary judgment as to Plaintiffs' federal claim the Court hereby remands the remaining state law claim of wrongful termination to state court. It is,

ORDERED AND ADJUDGED that Count IV for wrongful termination be REMANDED to the Circuit Court for the Eleventh Judicial Circuit in and for Dade County, Florida. The Clerk of the Court is hereby directed to take all necessary steps and procedures to effect the expeditious remand of the above-styled action.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of June, 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record