UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-62080-CIV-MORENO

HANDI-VAN, INC. and VILLAGE CAR SERVICE, INC.,

    Plaintiffs,

vs.

BROWARD COUNTY, FLORIDA, et al.,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO REMAND COUNT IV TO THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN BROWARD COUNTY

THIS CAUSE came before the Court upon Defendants' Motion to Remand Case to the Circuit Court of the 17th Judicial Circuit (**D.E. No. 119**), filed on **June 15, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Count IV for wrongful termination is REMANDED to the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. The Clerk of Court is hereby directed to take all necessary steps and procedures to effect the expeditious remand of the above-styled action.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of July, 2010.

                              FEDERICO A. MORENO
                              CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record