UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-62080-CIV-MORENO

HANDI-VAN, INC. and VILLAGE CAR SERVICE, INC.,

    Plaintiffs,

vs.

BROWARD COUNTY, FLORIDA, *et al.*,

    Defendants.
_____/

## ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION AND ORDER DENYING PLAINTIFFS' MOTION TO RECALL, REMAND, OR VACATE JUDGMENT

THIS CAUSE came before the Court upon Plaintiffs' Motion to Set Aside the Judgment and for Reconsideration (**D.E. No. 122**), filed on **June 17, 2010** and upon Plaintiffs' Motion to Recall Remand, or to Vacate the Judgment (**D.E. No. 120**), filed on **June 17, 2010**.

THE COURT has considered the motions, responses, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that both motions are DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of July, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record